UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                    :

UNITED STATES OF AMERICA            :

                           -v-                               :            20-CR-045 (KHP)

ALICIA BROOKS,                              :            <u>SENTENCING ORDER</u>

                     Defendant.           :

-----------------------------------------------------------------------X

KATHARINE H. PARKER, United States Magistrate Judge:

       It is hereby ORDERED that sentencing in this matter is scheduled for **<u>Thursday, June 4, 2020 at 10:00 a.m.</u>** in Courtroom 17D of 500 Pearl Street, New York, New York 10007.

       Defendant's sentencing submission shall be served by no later than **<u>May 11, 2020</u>**. The Government's sentencing submission shall be served no later than **<u>May 18, 2020</u>**. The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

       SO ORDERED.

Dated: January 21, 2020
        New York, New York

                                                  KATHARINE H. PARKER
                                                  United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/21/2020