```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/12/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
                                      :

UNITED STATES OF AMERICA       :

                                      :
              -v-                        :             20-CR-045 (KHP)
                                      :

ALICIA BROOKS,                   :             SENTENCING RESCHEDULING
                                      :                           ORDER
                 Defendant(s).    :
                                      :
------------------------------------------------------------------ X

KATHARINE H. PARKER, United States Magistrate Judge:

       The sentencing in this matter that is scheduled for Thursday, June 4, 2020 at 10:00 a.m. in Courtroom 17D, 500 Pearl Street, New York, NY 10007 is now rescheduled to **Thursday, July 30, 2020 at 10:30 a.m.**

       Defendant's sentencing submission shall be served by no later than **July 9, 2020.** The Government's sentencing submission shall be served no later than **July 16, 2020.** The parties should provide the Court with one courtesy hard copy of each submission when it is served. If a party does not intend to file a substantive sentencing submission, the party should file a letter to that effect.

       SO ORDERED.

Dated: May 12, 2020
       New York, New York

                                                           _____
                                                           KATHARINE H. PARKER
                                                            United States Magistrate Judge